Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30045−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew James Snook
   129 Fourth Avenue
   Roebling, NJ 08554

Social Security No.:
   xxx−xx−2190

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/21/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 21, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30045-CMG
Matthew James Snook                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 21, 2019
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db           +Matthew James Snook,    129 Fourth Avenue,    Roebling, NJ 08554-1009
517305096    +Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
517102060    +Cenlar Mortgage,    P.O. Box 77404,    Ewing, NJ 08628-6404
517102061    +Chase Bank/Bankruptcy,    Attn. Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203-4774
517102063    +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517281144    +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517102058    +EDI: AMEREXPR.COM Mar 22 2019 03:08:00     American Express,    200 Vesey Street,
               New York, NY 10285-0002
517173995     EDI: BECKLEE.COM Mar 22 2019 03:08:00     American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517102059    +EDI: CAPITALONE.COM Mar 22 2019 03:08:00     Capital One,    Bankruptcy Dept,    P.O. Box 30273,
               Salt Lake City, UT 84130-0273
517290595     EDI: RESURGENT.COM Mar 22 2019 03:08:00     LVNV Funding, LLC its successors and assigns as,
               assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
517286842     EDI: RESURGENT.COM Mar 22 2019 03:08:00     LVNV Funding, LLC its successors and assigns as,
               assignee of Bluestem Brands, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517812123    +E-mail/Text: camanagement@mtb.com Mar 21 2019 23:45:57     Lakeview Loan Servicing, LLC.,
               c/o M&T Bank,    P.O. Box 840,    Buffalo, NY. 14240-0840,    Lakeview Loan Servicing, LLC.,
               c/o M&T Bank 14240-0840
517812122     E-mail/Text: camanagement@mtb.com Mar 21 2019 23:45:57     Lakeview Loan Servicing, LLC.,
               c/o M&T Bank,    P.O. Box 840,    Buffalo, NY. 14240-0840
517102062    +E-mail/Text: bk@lendingclub.com Mar 21 2019 23:46:41     Lending Club,
               71 Stevenson St, Ste 300,    San Francisco, CA 94105-2985
517227372     EDI: PRA.COM Mar 22 2019 03:08:00     Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517208806    +EDI: AIS.COM Mar 22 2019 03:08:00     Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 21, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin Gordon McDonald    on behalf of Creditor    Lakeview Loan Servicing, LLC
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Melissa S DiCerbo    on behalf of Creditor    Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Steven J. Abelson    on behalf of Debtor Matthew James Snook sjaesq@atrbklaw.com,
         atrbk1@gmail.com;r49787@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                               TOTAL: 9